# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KELLEY O'DONNELL, | : | **CIVIL NO.: 1:16-CV-1149** |
|---|---|---|
| Plaintiff, | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| JUDITH ROWE, RN, *et al.*, | : | |
| Defendants. | : | |

## ORDER
October 5, 2018

The defendants have filed a partial motion to dismiss the complaint, **IT IS ORDERED** that the plaintiff shall file, on or before, **October 18, 2018**, a brief in opposition to defendants' motion. Pursuant to Local Rule 7.7, defendants may file a reply brief within 14 days of being served with a copy of plaintiff's brief in opposition. All briefs must conform to the requirements of Local Rule 7.8.


*S/Susan E. Schwab*
Susan E. Schwab
United States Chief Magistrate Judge