# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KELLEY O'DONNELL, | : | CIVIL ACTION NO. 1:16-CV-1149 |
|---|---|---|
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| SUPERINTENDENT ROBERT SMITH, *et al.*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 24th day of June, 2019, upon consideration of the report (Doc. 147) of Chief Magistrate Judge Susan E. Schwab, recommending that the court deny the motion (Doc. 111) to dismiss by defendant Correct Care Solutions ("Correct Care") pursuant to Federal Rule of Civil Procedure 12(b)(6), and it appearing that no party has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge

Schwab's recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 147) of Chief Magistrate Judge Schwab is ADOPTED.

2. Correct Care's motion (Doc. 111) to dismiss is DENIED.

3. This matter is REMANDED to Chief Magistrate Judge Schwab for further pretrial management.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania