p. 1 of 3

Re: 1:16-cv-01149

FILED
SCRANTON

DEC 11 2019

PER [signature] DEPUTY CLERK

12-7-19

Dear Judge Schwab,

I was expecting to participate in hearing 12-4-19, but on 12-4-19 @ 2:20pm in A unit (my unit) CO's office in the presence of CO Schoonmaker - CO Hufnagle, counselor, Terri Woodling approached me with psychologist Snell-Kooken @ CO's Office pretty much demanding I produce a 'Court Order' about the Hearing not realizing that when represented you don't get copy of Court Order. So now Psychologist filling in and counselor will probably 'notate' in file Im 'delusional' because the ADM Bldg said they had nothing saying so, and wish to make you think Im not competent. So . . . That being said, perhaps Im not w/ TBI and they refuse to address/test due to head pain. And . . . not being competent voids settlement agreement from what Im told and Mr. Love said he would quit if I didn't accept settlement putting undue preasure on me and I prefer to go to trial but will require appt of co-counsel preferrably from Eastern District. PA DOC has not done a thing about Psychologist Terri Schweickle, so that takes one day. I want to go to trial. Thank you.

Respectfully,
Kelley [signature]

2 of 7



STATE CORRECTIONAL INSTITUTION – MUNCY

OFFICE OF THE SUPERINTENDENT

No. 33-19

# INFORMATION BULLETIN

**SUBJECT: Medical Sick Call** **DATE: 12/03/2019**

**NOTICE:** As of December 9, 2019, the sick call process will be changing to the following process:

**New sick call slips will be utilized and passed out to the housing units.**

**A nurse will collect sick call slips daily at 0800 for next day sick call.**

**An inmate must sign the cash slip prior to being seen by the practitioner.** A refusal to sign the cash slip constitutes a refusal of medical services. If you must be seen, either urgently or non-urgently, and refuse to sign the cash slip, the co-pay policy (outlined below) will still apply to you.

An inmate WILL be charged a $5 co-pay for the following:

*ANY non-emergent medical service provided at the inmate's request. Note that a sick call slip which is filled out by any inmate constitutes a request for medical services. Coming to sick call *without* filling out and/or signing the cash slip **IS THE SAME** as requesting medical services, and subject to all appropriate co-pay fees.

*ANY medical service, including emergency medical services, provided to an inmate when the injury or illness is self-inflicted, or when the injury or illness arises from the inmate's participation in a sport.

***Over-the-counter (OTC)** and prescription medications **NOT** associated with a "Chronic Care Clinic" (as determined by the Practitioner, not the inmate) are subject to the **$5.00 per prescription** co-pay fee. Medical staff will advise inmates when an appropriate OTC medication is available in the commissary. If an inmate still elects to receive the OTC medication during a sick call visit, *the co-pay fees **will** apply.*

**An inmate WILL NOT be charged a co-pay fee for the following:**

*ANY visit for medications and/or treatments associated with a "Chronic Care Clinic" (as determined by the Practitioner, not the inmate).

*ANY visit for medications that are being prescribed long term, are not associated with a "Chronic Care Clinic", AND have **NOT EXPIRED**. Expired prescriptions require medical re-evaluation and are subject to co-pay fees.

***ANY** ***initial or follow-up*** **visit** ordered by the Practitioner. **EXCEPTION:** If you are called to Medical for an evaluation because you've informed your block officer that you were too sick to report to work, **YOU WILL BE** subject to co-pay charges.

*ANY work related injury that is confirmed by your supervisor.

*ANY unusual prison related infection or contamination as determined by the Practitioner.

**NOTE:** Over the counter (OTC) medications/items will be written for 30 days maximum and always be subject to the $5.00 per prescription/item co-pay fee.

L. Blair-Morrison (signature)

L. Blair-Morrison
CHCA

Violates Access to Health Care Policy, sickcall DCADM 820 Glossary of Terms DCADM 006 ADA

cc: Administrative Staff
Housing Unit Bulletin Boards (2) – PLEASE POST
CR-MUN
File

If a disability is lifelong, how is it not chronic? Go by their 'Glossary of Terms'

They never type in I/M complaint written on sick call not duplicate for I/M reciept. I cc

Smart Communications/PADOC

SCI-MUNCY

Name Kelley O'Donnell

Number OC0215

PO Box 33028

St Petersburg FL 33733

RECEIVED
SCRANTON

DEC 11 2019

PER ________
DEPUTY CLERK

INMATE MAIL - PA
DEPT OF CORRECTIONS

U.S. POSTAGE PITNEY BOWES
ZIP 17756 $ 000.50⁰
02 4W
0000365468 DEC. 09. 2019

United States District Court
Attn: Judge Susan Schwab, Esquire
P.O. Box 1148
Scranton, Pa 18501

Legal Mail

1:16-cv-01149 12-8-19 3:30

18501$1148 B099