IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KELLEY O'DONNELL,

    Plaintiff,

vs.

SUPERINTENDENT ROBERT SMITH, *et al.*

    Defendants.

*FILED ELECTRONICALLY*

CIV. ACTION NO. 1:16-CV-1149

## STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)

Now come the parties, by and through their counsel, and advise the Court that Plaintiff and the remaining Defendants—Correct Care Solutions, LLC; Superintendent Robert Smith; Nurse Judith Rowe; Security Captain S. Waltman; Corrections Officer Raup; and Corrections Officer Stettler—in this matter have come to an amicable resolution of the claims pertaining to them, and therefore, stipulate to the dismissal of this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

(Signatures on next page)

Respectfully Submitted,

| WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY | PENNSYLVANIA INSTITUTIONAL LAW PROJECT |
|---|---|
| BY:   /s/ David J. Rosenberg   <br>David J. Rosenberg, Esquire<br>Benjamin M. Lombard, Esquire<br>Four PPG Place, 5th Floor<br>Pittsburgh, PA 15222<br>(412) 281-4541<br><br>*Counsel for Correct Care Solutions, LLC* | BY:   /s/ Angus Love   <br>Angus Love, Esquire<br>718 Arch St., Suite 304S<br>Philadelphia, PA 19106<br>(215) 925-2966<br><br>*Counsel for Plaintiff* |

PENNSYLVANIA OFFICE OF ATTORNEY GENERAL

BY:   /s/ Karen M. Romano   
Karen M. Romano, Esquire
Strawberry Square, 15th Floor
Harrisburg, PA 17120
(717) 787-2717

*Counsel for Superintendent Robert Smith; Nurse Judith Rowe; Security Captain S. Waltman; Corrections Officer Raup; and Corrections Officer Stettler*

## **CERTIFICATE OF SERVICE**

    I, David J. Rosenberg, Esquire, hereby certify that on this date a true and correct copy of the foregoing **STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)** was sent by CM/ECF Notice to all counsel of record.

                                          /s/ David J. Rosenberg
                                         David J. Rosenberg, Esquire

Dated:         December 17, 2019