12-19-19

FILED
SCRANTON
DEC 26 2019
PER ___BF___
DEPUTY CLERK

Dear Judge Schwab,

I am writing this as I expected to participate in the last hearing as you specifically asked me if I wanted to go to trial and we would re-convene in 20 days. DOC said they had no Court Order for me to participate or me to provide it @ 2:20 ∞∞∞ CO Hufnagle-Schoonmaker, liar counselor Terri Woodling and bigger liar psychologist Snell-Kooken. Don't you find that lineup strange, a psychologist who tried to discuss 2018 rape w/ door open and other inmates doors open so they could hear? Terri Woodling 'USED' to run the House of Hope for sexually abused/physically abused where the Visa Options mtgs took place in her office but had to be moved elsewhere and she then was removed from her position, so she blames me for her dirt.

So... I will return the monies because 1) Mr. Love could not explain the settlement agreement because they refused to allow him to bring it in, were nasty, unprofessional, disrespectful, upsetting the pregnant paralegal, threatening to 'toss' Mr. Loves car. 2) He, Mr. Love could not possibly explain in 15 minutes or on the phone period to an inmate with Brain Damage. 3) The inmate felt preasured and truly, vehemently voiced she did not want to take the settlement 4) The inmate has brain damage, physical disabilities and is diagnosed as 'Severely Mentally Ill' the diagnosis changes routinely now it is 'Skitzophrenic Spectrum' 'PTSD (always)' and other psychotic disorders'. So if I don't understand, felt preasured and DOC/Wellpath says 'not competent', then its void, its void because of brain damage/preasure and inmate wants to go to Trial. Neither party held up their end. Private criminal complaints were filed with Kenneth Osokow DA Lycoming County copied to US Attorney Freed. Because Dr. Rodwan Rajjoub never saw this inmate. This inmate never got paper from his office authorizing Dr. Rajjoub to speak Mr. Love but if Your Honor contacts Dr. Rodwan Rajjoub with my

authorization, he will speak to you. As he deals with US Gov't as he is certified to operate on Neurosurgical Team of the President of United States. Do not go by computer, falsified records. Show him my photo and face time/skype him to verify you are in fact talking to him

I wish to go to trial. If I have no attorney, I'll ask for co-counsel and represent myself.

DATE 12-19-19                                         Respectfully,
                                                       Kelly OO

dates Sept 2019 in Williamsport Hosp.
11-12-19 back ent of 740 High St
on video @ same time fake Rajjou entering,
taken to 4th fl exam 18 by Maint
saw CO Ali in Vascular Institute on way out.